1  Ahilan Arulanantham (SBN 237841)
   aarulanantham@aclu-sc.org
2  Jennifer L. Pasquarella (SBN 263241)
   jpasquarella@aclu-sc.org
3  Bardis Vakili (SBN 247783)
   bvakili@aclu-sc.org
4  ACLU Foundation of Southern California
   1313 W. 8th Street
5  Los Angeles, California 90017
   Telephone: (213) 977-5211
6  Facsimile: (213) 997-5297

7  Kerry C. Fowler (SBN 228982)
   kcfowler@jonesday.com
8  Charlotte Wasserstein (SBN 279442)
   cswasserstein@jonesday.com
9  Jones Day
   555 S. Flower Street, Fiftieth Floor
10 Los Angeles, CA 90071
   Telephone: (213) 243-2489
11
   Stacy Tolchin (SBN 217431)
12 stacy@tolchinimmigration.com
   Law Offices of Stacy Tolchin
13 634 S. Spring St., Suite 500A
   Los Angeles, CA 90014
14 Telephone: (213) 622-7450
   Facsimile: (213) 622-7233
15
   Attorneys for Plaintiffs (additional counsel on next page)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REEM MUHANNA, AHMAD MUHANNA, ABRAHIM MOSAVI, NEDA BEHMANESH, and AHMED OSMAN HASSAN,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JEH JOHNSON, in his official capacity as Secretary of the U.S. Department of Homeland Security; LEON RODRIGUEZ, in his official capacity as Director of the U.S. Citizenship and Immigration Services; SARAH KENDALL, in her official capacity as Associate Director of the Fraud | Case No: 2:14-CV-05995<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)** |

| | |
|---|---|
| 1 | Detection and National Security Directorate of the U.S. Citizenship and Immigration Services ("FDNS"); DONALD J. MONICA, in his official capacity as Associate Director of the Field Operations Directorate of the U.S. Citizenship and Immigration Services; LISA KEHL, in her official capacity as District Director for District 16, Dallas District Office of the U.S. Citizenship and Immigration Services; GARY GARMAN, in his official capacity as Acting Field Office Director for the Dallas Field Office of the U.S. Citizenship and Immigration Services; ANNA CHAU, in her official capacity as Acting District Director for the District 23, Los Angeles District Office of the U.S. Citizenship and Immigration; CORRINA LUNA, in her official capacity as Field Office Director for the Los Angeles Field Office of the U.S. Citizenship and Immigration Services; DAVID DOUGLAS, in his official capacity as District Director for District 15, Kansas City of the U.S. Citizenship and Immigration Services; and LESLIE TRITTEN, in her official capacity as Field Office Director, for the St. Paul Field Office of the U.S. Citizenship and Immigration Services,<br><br>        Defendants. |

James E. Gauch (*pro hac vice*)
jegauch@jonesday.com
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Lee Gelernt (*pro hac vice*)
lgelernt@aclu.org
Hina Shamsi (*pro hac vice*)
hshamsi@aclu.org
Hugh Handeyside (*pro hac vice*)
hhandeyside@aclu.org
Dror Ladin (*pro hac vice*)
dladin@aclu.org
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2616
Facsimile: (212) 549-2654

1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs REEM MUHANNA, AHMAD MUHANNA, ABRAHIM MOSAVI, NEDA BEHMANESH, and AHMED OSMAN HASSAN hereby voluntarily dismiss without prejudice their claims against all defendants in the above-captioned case. Defendants have not filed an answer or motion for summary judgment.

Dated:  December 22, 2014         Respectfully submitted,

                                        ACLU Foundation of Southern
                                           California

                              By:    /s/ Jennifer L. Pasquarella
                                        JENNIFER L. PASQUARELLA
                                        Attorney for Plaintiffs